UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-671 SBA |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 24, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| CLAUDIA ROBINSON ) | |
| ) | |
| Defendant. ) | Date: December 12, 2011 |
| ) | Time: 10:00 a.m. |
| ) | Court: Hon. Saundra Brown Armstrong |
| ) | |

The parties jointly requested that the hearing in this matter be continued from December 12, 2011 to January 24, 2012, and that time be excluded under the Speedy Trial Act between December 12, 2011 and January 24, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has been disclosing discovery in this matter and the defense has been reviewing that discovery. Thus far more than 3,000 pages of discovery have been turned over, and the government expects to turn over additional discovery in the coming weeks. The defense will need time to review that discovery. In addition, the defense has been performing investigation and needs additional time to perform further investigation and legal research in this matter. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from December 12, 2011 to January 24, 2012 at 10:00 a.m., and that time between December 12, 2011 and January 24, 2012 is excluded under the Speedy Trial Act to allow for the effective

1 preparation of counsel, taking into account the exercise of due diligence, and continuity of
2 defense counsel.

4 DATED:__12/9/11                         _____
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 24, 2012 AND TO EXCLUDE TIME
No. CR-11-671 SBA