Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
CLAUDIA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA ROBINSON,<br><br>　　Defendant. | No. CR-11-0671 SBA<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME** |

　　This case is currently on calendar for a status conference on February 17, 2012, having been continued by the Court from February 14, 2012. Counsel for the parties have discussed the matter and believe that they and the Court would benefit by counsel having additional time to discuss the case prior to the next court date. The parties therefore respectfully request that the status conference be continued to March 20, 2012 at 10:00 a.m.

　　Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for February 17, 2012 be continued to March 20, 2012 at 10:00 a.m.

　　THE PARTIES FURTHER STIPULATE AND REQUEST that the Court find that the ends of justice are served by excluding the time from February 17, 2012 to March 20, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the

///

///

-1-

exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: February 13, 2012

Melinda Haag
United States Attorney

/S/
Thomas M. Newman
Assistant United States Attorney

Dated: February 13, 2012

/S/
Mark R. Vermeulen
Attorney for Defendant
CLAUDIA ROBINSON

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for February 17, 2012 shall be continued to March 20, 2012 at 10:00 a.m.

IT IS FURTHER ORDERED that the Court find that the ends of justice are served by excluding the time from February 17, 2012 to March 20, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: February 15, 2012

Saundra B. Armstrong
United States District Judge