Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
CLAUDIA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>CLAUDIA ROBINSON,<br><br>  Defendant. | No. CR 11-0671 SBA<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME** |

    This case is currently on calendar for a status conference on November 27, 2012.  Counsel for the parties have been in discussions regarding the matter and regarding a potential plea agreement, and they have made significant progress since the last calling of the case.  However, they need additional to determine whether a plea agreement will be reached, and if so, what the terms of the agreement will be.  In light of this, the parties respectfully request that the status conference be continued for two weeks to December 11, 2012 at 10:00 a.m.

    Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for November 27, 2012 be continued to December 11, 2012 at 9:30 a.m.

    THE PARTIES FURTHER STIPULATE AND REQUEST  that the Court find that the ends of justice are served by excluding the time from November 27, 2012 to December 11, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time

-1-

outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: November 21, 2012
Melinda Haag
United States Attorney

/S/
Thomas M. Newman
Assistant United States Attorney

Dated: November 21, 2012
/S/
Mark R. Vermeulen
Attorney for Defendant
CLAUDIA ROBINSON

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for November 27, 2012 shall be continued to December 11, 2012 at 9:30 a.m.

IT IS FURTHER ORDERED that the Court find that the ends of justice are served by excluding the time from November 27, 2012 to December 11, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: November 21, 2012

Donna M. Ryu
United States Magistrate Judge