Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
CLAUDIA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA ROBINSON,<br><br>　　　　Defendant. | No. CR 11-0671 SBA<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND PRETRIAL FILING DATES, AND EXCLUDING TIME** |

　　　　This case is currently on calendar for a pretrial conference on February 12, 2013 at 11:00 a.m., with the trial date to be set then. Counsel for the parties have continued their discussions regarding a potential plea agreement and they would like to have additional time to pursue these discussions, without simultaneously having to draft and file the pretrial filings that would otherwise be due in the coming weeks. In light of this, the parties respectfully request that the pretrial conference be continued for three weeks to March 5, 2013 at 11:00 a.m., and that the filing dates set forth in the *Order for Criminal Pretrial Preparation* (Doc. 68) similarly be extended for three weeks.

　　　　Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the pretrial conference currently set for February 12, 2013 be continued to March 5, 2013 at 11:00 a.m., and that the filing dates set forth in the *Order for Criminal Pretrial Preparation* (Doc. 68) similarly be extended for three weeks, as set forth in the proposed order below.

　　　　THE PARTIES FURTHER STIPULATE AND REQUEST that the Court find that the ends of justice are served by excluding the time from February 12, 2013 to March 5, 2013 from computation

under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: January 4, 2013

Melinda Haag
United States Attorney

/S/
Thomas M. Newman
Assistant United States Attorney

Dated: January 4, 2013

/S/
Mark R. Vermeulen
Attorney for Defendant
CLAUDIA ROBINSON

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for February 12, 2013 shall be continued to March 5, 2013 at 11:00 a.m., and the filing deadlines set forth in the *Order for Criminal Pretrial Preparation* (Doc. 68) similarly shall be extended, as follows:

- Pretrial preparation matters set forth in paragraph E of the *Order* shall be accomplished or complied with no later than January 29, 2013
- Motions in limine and/or objections to evidence are due February 5, 2013
- Responses to objections to evidence and/or motions in limine are due February 12, 2013
- Replies to objections to evidence and/or motions in limine are due February 19, 2013

IT IS FURTHER ORDERED that the Court find that the ends of justice are served by excluding the time from February 12, 2013 to March 5, 2013 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence,

/ / /

/ / /

/ / /

and the ends of justice served by excluding the above time outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 8, 2013

*Saundra B. Armstrong*
United States District Judge